IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 16-cv-2946-WJM-NYW

SUNFLOWER CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.
_____

**ORDER ADOPTING APRIL 28, 2017 RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before the Court on the April 28, 2017 Recommendation of United States Magistrate Judge Nina Y. Wang (the "Recommendation") (ECF No. 47) that Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 40), be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 47 at 6.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the

recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 47) is ADOPTED in its entirety;

(2) The Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 40) is GRANTED;

(3) Plaintiff's Second Amended Complaint (ECF No. 40-1) is ACCEPTED as FILED;

Dated this 30th day of May, 2017.

BY THE COURT:

_____
William J. Martínez
United States District Judge

2